WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gigi Marie Touchen-Grebb, | NO. CIV-06-1506-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Debt Recovery Management, Inc., et al., | |
| Defendants. | |

The Court has received Plaintiff's Notice of Dismissal, which incorrectly cites Fed.R.Civ.P. 42.  (Dkt. 10.)  Despite Plaintiff's citation error, the Court will grant Plaintiff's request that this action be dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Notice of Dismissal with prejudice, filed by Plaintiff, is **GRANTED**.  (Dkt. 10.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

DATED this 29th day of August, 2006.

Stephen M. McNamee
United States District Judge